Request for Jurisdiction Transfer                                        July 31, 2025
Name of Offender: Gordon Driver

| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:12-CR-00967JAK |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:25-cr-00258-JAD-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Gordon Driver [address redacted] | Central of California | No |
| ✓ FILED    ___ RECEIVED<br>___ ENTERED    ___ SERVED ON<br>AUG 26 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | NAME OF SENTENCING JUDGE | |
| | John A Kronstadt | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 20, 2024   TO December 19, 2027 |

**OFFENSE**
Wire Fraud (Count 9), and False Statement (Count 16).

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Driver's family ties and support system live in the D/NV and there is no intentions for him to return to the Central District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

August 6, 2025
*Date*

*[signature]*
*United States District Judge   John A. Kronstadt*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/27/2025
*Effective Date*

*[signature]*
*United States District Judge*